CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAY 2 5 2005

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
## ROANOKE DIVISION

RUDOLPH LEE CRAWLEY, JR.,              )
                                       )
          Plaintiff,                   )          Civil Action No. 7:05CV 00319
                                       )
v.                                     )          **FINAL ORDER**
                                       )
R.C. BALL,                             )          By: Samuel G. Wilson
Chief Deputy, <u>et al</u>.,          )          **United States District Judge**
                                       )
          Defendant(s).                )


In accordance with the accompanying memorandum opinion, it is hereby **ORDERED**

and **ADJUDGED** that Crawley's claims are **DISMISSED** against all defendants pursuant to 28

U.S.C. §1915A(b)(1). This action is stricken from the active docket of this court.

The Clerk is directed to send certified copies of this order and the accompanying

memorandum opinion to plaintiff and counsel for defendants, if known.

**ENTER**: This 2 5 M day of May, 2005.


_____
UNITED STATES DISTRICT JUDGE